Alexander Aljnuick, Appellant, v. American Manufacturing Company, Respondent.— Motion granted and the order resettled so as to affirm the judgment appealed from as well as the order setting aside the verdict. Present — Jenks, P. J., Burr, Thomas and Putnam, JJ.; Stapleton, J., taking no part.

Paul Dickey, Plaintiff, v. Christopher A. Gortner, Defendant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Lillie P. Garth, Individually, etc., and Others, Respondents, v. William Garth Clopton and Another, Appellants, and Others, Respondents.— Motion to dismiss appeal denied, without costs, on condition that appellants perfect their appeal, place the case on the calendar for the December term and be ready for argument when reached; otherwise, motion granted, with costs.   Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of the Accounting of John Oscar Ball, as Trustee, etc., of Mary Caulfield, Deceased, etc.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of Acquiring Title to Certain Lands and Premises on the Easterly Side of Pennsylvania Avenue, etc.— Motion granted, without costs, and question as submitted approved.   Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

In the Matter of the Appeal from an Order Made by the Town Board of Oyster Bay, Dismissing Charges against John S. Burke, as Superintendent of Highways, etc.— Motion for stay granted, without costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Peter J. Klein, Appellant, v. Harry Miller, Respondent.— Motion to dismiss appeal denied, on condition that plaintiff perfect his appeal, place the case on the calendar for the December term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.